IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

DONNA L. ISLER,

    Plaintiff,

v.                                                 CASE NO. 1:10-cv-00178-MP -GRJ

BANKERS LIFE AND CASUALTY COMPANY,

    Defendant.

_____/

**O R D E R**

    This matter is before the Court on Doc. 19, Motion for Leave to Appear Telephonically at 12/15/10 Hearing by Bankers Life and Casualty Company. Defendant has set out the background for the request. Defendant recited also that Plaintiff was contacted and does not object to the request. Upon consideration, Defendant's request to appear telephonically at the December 15, 2010 hearing, Doc. 19, is GRANTED.

    **DONE AND ORDERED** this *13th* day of December, 2010

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge