IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

**DONNA L. ISLER,**

    **Plaintiff,**

**v.**                                             **CASE NO. 1:10-cv-00178-MP-GRJ**

**BANKERS LIFE AND CASUALTY COMPANY,**

    **Defendant.**

_____/

## O R D E R

This matter is before the Court on Doc. 35, plaintiff's Motion for Reconsideration of the order at Doc. 33, which denied her untimely motion for extension of time. The defendant responded (Doc. 37), opposing the motion for reconsideration.

Under N.D. Fla. Loc. R. 7.1(C), a party must respond to a motion, including a motion for summary judgment, within 14 days. Additionally under N.D. Fla. Loc. R. 6.1, no extension of time, even if agreed to, is effective until "approved by the court for good cause shown." Finally, N.D. Fla. Loc. R.56.1 provides the following:

> Motions for summary judgment will be taken under advisement by the court twenty-one (21) calendar days after the motion is filed or seven (7) calendar days after the responsive memorandum is required to be filed under N.D. Fla. Loc. R. 7. 1(C)(1), whichever is later, unless the court specifically sets the motion for hearing or sets a different advisement date. Parties are required to file and serve affidavits and any other documents or materials authorized to be filed under the Federal Rules of Civil Procedure prior to the advisement date. Only those documents and evidentiary materials in the record prior to the advisement date will be considered in ruling on the motion.
>
> Note: The advisement procedures for filing evidentiary material do not alter the requirements and time limits for filing responsive memoranda under Local Rule 7.1.

In other words, the time for filing a responsive memorandum passed 14 days after the filing of the motion for summary judgment, but the time for filing evidentiary materials opposing summary judgment passes on the date the Court takes the motion for summary judgment under advisement.

The Court hereby takes the motion for summary judgment under advisement, and specifically sets today as the advisement date. Since the proposed responsive memorandum was untimely, and plaintiff still has not shown good cause for the untimeliness, the motion for reconsideration is denied. The Court will not consider the arguments raised in the proposed response filed at Doc. 36. However, in resolving the motion for summary judgment, the Court will consider the evidentiary materials attached to the proposed responsive memorandum at Doc. 36 as Exhibits A and B.

Accordingly, it is **ORDERED** that:

1. The Motion for Reconsideration (Doc. 35) is denied, and the Court will not consider the arguments raised in Doc. 36.

2. The Court takes the motion for summary judgment (Doc. 29) under advisement and will consider all documents and evidentiary materials in the record prior to the advisement date in ruling on the motion for summary judgment.

**DONE AND ORDERED** this 27th day of October, 2011.

*s/ Gary R. Jones*
GARY R. JONES
United States Magistrate Judge